### WILLIAMS, executor, *v.* PRINCE.

EVANS, P. J. The excerpts from the charge to which exceptions were taken are not open to the criticism made of them. No error of law appears, and the verdict is supported by the evidence.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
DECEMBER 15, 1914.

Action for damages. Before Judge Pendleton. Fulton superior court. December 11, 1913.

*R. J. Jordan* and *A. E. Wilson,* for plaintiff in error.
*Moore & Branch,* contra.